O 91(Rev.5/85) Criminal Complaint

# United States District Court

### CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
CARLOS HERNANDEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: **10-3057M**

FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 23, 2006, in __Los Angeles__ County, within the __Central__ District of __California__, defendant CARLOS HERNANDEZ ("defendant") did willfully, knowingly, and unlawfully travel in interstate commerce from the State of California to Mexico with the intent to avoid prosecution for the crime of murder, in violation of California Penal Code Section 187, a felony in the State of California, for which defendant was charged in arrest warrant number WHVA09761601, issued by the Superior Court of Los Angeles, County of Los Angeles, on or about June 11, 2010, in violation of Title 18, United States Code, Section(s) 1073.

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

(SEE ATTACHMENT)

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

/s/
Signature of Complainant
Scott F. Garriola
Special Agent – FBI

Sworn to before me and subscribed in my presence,

12/15/10                             at    Los Angeles, California
Date                                        City and State

_Suzanne H. Segal_
Hon. Fernando M. Olguin, U.S. Magistrate Judge         Suzanne H. Segal
Name & Title of Judicial Officer                        U.S. Magistrate Judge
                                                        Signature of Judicial Officer

AFFIDAVIT

I, SCOTT F. GARRIOLA, being duly sworn, hereby depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation, United States Department of Justice ("FBI"). I have been so employed for more than twenty-two (22) years. I have been a member of the joint FBI/Los Angeles Police Department ("LAPD") Fugitive Task Force for over thirteen (13) years. I have extensive experience in conducting fugitive investigations. In that capacity, I have conduced thousands of fugitive investigations and executed hundreds of fugitive arrests.

2. This affidavit is made in support of a criminal complaint and a probable cause arrest warrant for CARLOS HERNANDEZ ("HERNANDEZ") for Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073. The information contained herein is based on my participation in this investigation, as well as my conversations with other law enforcement officers and my review of various law enforcement documents.

3. On or about June 17, 2010, I was advised by Detective Richard Biddle, Los Angeles Sheriff's Department ("LASD"), Homicide Bureau, of the following facts:

    a. On July 23, 2006, HERNANDEZ attended a party in the city of Pico Rivera, California. When HERNANDEZ acted inappropriately toward a female partygoer, a fight broke out between her boyfriend and HERNANDEZ. HERNANDEZ chased the boyfriend out to the street and squeezed the trigger on his weapon. When the weapon misfired, HERNANDEZ turned and pointed the weapon at Ricardo Chagollan and fired two rounds into his back, instantly

killing him. Upon fleeing the scene, HERNANDEZ fired several rounds into the crowd that had gathered by Chagollan.

       b. A few days after the murder, Detective Biddle attempted to serve a search warrant at HERNANDEZ' mother's home in Bell, California. Detective Biddle learned from neighbors that HERNANDEZ and his mother, Martina Carreon, had abandoned their home and fled to Mexico.

       c. A few weeks after the murder, HERNANDEZ' then-girlfriend, Lizette Merino, was detained in San Ysidro, California, attempting to cross into Mexico in the company of Lionel Arguelles, a close friend of HERNANDEZ'. Ms. Merino had in her possession a large amount of cash and HERNANDEZ' valid California identification card. Ms. Merino told Detective Biddle that HERNANDEZ was at his grandmother's house in Tijuana, Mexico. Detective Biddle also learned from Ms. Merino that HERNANDEZ' sister, Daniela Castillo, had provided HERNANDEZ with false identification prior to his fleeing the United States. Ms. Merino further advised Detective Biddle that Arguelles knew where HERNANDEZ was living in Mexico. Arguelles refused to cooperate with Detective Biddle and the LASD.

       d. On or about October 12, 2006, arrest warrant number WHVA09761601 was issued by the Superior Court of Los Angeles, County of Los Angeles, charging HERNANDEZ with one count of murder, a felony, in violation of Section 187 of the California Penal Code.

    4. In the months and years since the murder, Detective Biddle, your affiant, and other law enforcement officers have searched for HERNANDEZ at all of his known addresses in the Los Angeles area, but were unable to find HERNANDEZ at those addresses.

5.  Detective BIDDLE has advised me that the Los Angeles County District Attorney's Office ("DA's Office") has agreed to extradite HERNANDEZ, and along with the LASD, they have requested the assistance of the FBI in apprehending and returning HERNANDEZ to the Los Angeles area.

6.  Based on the information set forth above and my extensive experience in conducting fugitive investigations, I believe that there is probable cause to believe that HERNANDEZ fled the State of California with the intent to avoid prosecution for the crime of murder and that there is probable cause for the issuance of an arrest warrant for CARLOS HERNANDEZ violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

/S/
———————————————
Scott F. Garriola
Special Agent-FBI

Subscribed and sworn to before me
on this 15 day of December, 2010

*Suzanne H. Segal* (signature)
———————————————
THE HONORABLE ~~FERNANDO M. OLGUIN~~
UNITED STATES MAGISTRATE JUDGE

Suzanne H. Segal
U.S. Magistrate Judge